IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-00813-RBJ-CBS

DANIEL SELF,

    Plaintiff,

v.

KEVIN MILYARD,
ARISTEDES ZAVARAS,
CHERYL SMITH,
DR. GARY FORTUNATO,
KATHY LOVELL,
GATBEL CHAMCOCK,
BEVERLY DOWIS,
PHYSICIANS HEALTH PARTNERS,
DR. STEVEN KREBS,
JULIE DORSEY,
LIFECARE, INC.,
NICOLE HENSMAN, EMT, and
DANIEL SCHELLENGER,

    Defendants.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

This matter has been scheduled for a **five-day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A702, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **July 23, 2012 at 9:00 a.m.**

A Trial Preparation Conference is set for **June 29, 2012 at 1:00 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selection, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 7th day of December, 2011.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge