IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-00813-RBJ-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: June 1, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*

DANIEL SELF,

    Plaintiff,

v.

KEVIN MILYARD, *et al.*,

    Defendants.

*Counsel:*

Brett Daniel Lampiasi *(appearing by telephone)*

Nicole S. Gellar

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: FINAL PRETRIAL CONFERENCE**
**Court in Session:** 9:16 a.m.
Court calls case. Appearances of counsel.

The court addresses the parties regarding the plaintiff's First MOTION to Amend/Correct/Modify #5 Amended Complaint TO CHANGE THE NAME OF ONE OF THE PARTIES (Docket No. 53, filed on 5/28/2012) and the defendant's non-referred MOTION for Summary Judgment (Docket No. 47, filed on 5/1/2012).

Discussion between the court and the parties regarding the plaintiff's First MOTION to Amend/Correct/Modify #5 Amended Complaint TO CHANGE THE NAME OF ONE OF THE PARTIES (Docket No. 53, filed on 5/28/2012), the claims and allegations in the plaintiff's complaint, Rule 8, Rule 11, related case law, and Rule 15(c).

**ORDERED:** For reasons as stated on the record, the court **DENIES without prejudice** the plaintiff's First MOTION to Amend/Correct/Modify 5 Amended Complaint TO CHANGE THE NAME OF ONE OF THE PARTIES (Docket No. 53, filed on 5/28/2012). Mr. Lampiasi shall be required to file a motion to strike/dismiss Mr. Zavaras (who has not been served) as a defendant in this case **no later than June 4, 2012 by 5:00 p.m.**

Counsel review the proposed final pretrial order with the court.

**ORDERED:   The Final Pretrial Order is signed and entered with interlineations.**

HEARING CONCLUDED.

**Court in recess:**     **10:09 a.m.**
Total time in court:     00:53

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.