**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-00813-RBJ-CBS

DANIEL SELF,

    Plaintiff,

v.

KEVIN MILYARD, et al

    Defendants

_____

**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF DANIEL SELF**
_____

    Plaintiff Daniel Self, CDOC#122359, is a necessary and material witness in his own jury trial scheduled to take place before the Honorable R. Brooke Jackson on 23 July 2012 at 8:30 a.m. at the United States District Court for the District of Colorado, 901 19th Street, Denver, Colorado 80294. Mr. Self is currently confined at the Colorado State Penitentiary in Cañon City, Colorado, in the custody of Warden Travis Trani.  In order to secure Mr. Self's attendance at this trial, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue, ordering Mr. Self's custodian to produce him at the United States District Court for the District of Colorado.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of the Colorado State Penitentiary, and the Colorado Department of Corrections to produce inmate, Daniel Self, CDOC#122359 on 23 July 2012, for a five-day jury trial to be held on 23 July 2012 at the United States District Court for the District of Colorado, 901 19th Street, Denver, Colorado 80294, until the completion of the proceeding or as ordered by the Court, and thereafter to return Mr. Self to the Colorado State Penitentiary.

2. The custodian is further ordered to notify the Court of any change in the custody of Mr. Self, and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Warden of Colorado State Penitentiary

YOU ARE COMMANDED to produce inmate Daniel Self, CDOC#12235 on 23 July 2012, for a five-day jury trial to be held at the United States District Court for the District of Colorado, 901 19th Street, Denver, Colorado 80294, before the Honorable R. Brooke Jackson, or until completion of this proceeding or as ordered by the Court, and thereafter return Self to Colorado State Penitentiary.

FURTHER, you have been ordered to notify the Court of any changes in the custody of Mr. Self and to provide the new custodian with a copy of this writ.

Dated this 25th day of June 2012.

                                                                                        R. Brooke Jackson
                                                                                        United States District Court Judge